IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COACTIV CAPITAL PARTNERS, INC. | : | CIVIL ACTION |
| v. | : | |
| JOHN A. FEATHERS, ET AL. | : | NO. 08-5506 |

## ORDER

**AND NOW**, this 1st day of July, 2009, upon consideration of Defendant Ghyasuddin Syed's Motion to Transfer Venue to the U.S. District Court for the Southern District of Texas (Docket No. 21), and Plaintiff's response thereto, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s John R. Padova
John R. Padova, J.